◼    JOSEPH MAZZUCCO et al., Respondents, v. ALBERT W. EASTMAN et al., Appellants.— Judgment unanimously affirmed, with costs to the respondent. No opinion. (See 36 Misc 2d 648.) Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.